IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT TORTAJADA, SR.,**

    Plaintiff,

v.                                Case No.: 3:07cv298/MCR/MD

**HOLIDAY ISLE, LLC, an Alabama
limited liability company,**

    Defendant.

_____/

**ORDER TEMPORARILY STAYING ALL PROCEEDINGS**

    Pending in this case are the motion to transfer filed by defendant and the motion to remand filed by plaintiff.  The court has determined that, in the interest of justice, a stay of all proceedings in this case is appropriate pending disposition of the parties' motions.[1]  No discovery shall be conducted until further notice by the court.

    **DONE AND ORDERED** this 26th day of July, 2007.

                                                    _s/ M. Casey Rodgers_
                                                   **M. CASEY RODGERS
                                                   UNITED STATES DISTRICT JUDGE**

---

    1  The stay does not affect the parties' ability to file responses to the motions as provided in the Federal Rules of Civil Procedure and the Local Rules of this court.